

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY L. HATTON, | ) | |
| Plaintiff, | ) | |
| VS. | ) | No. 05-1266-T/An |
| LINDA K. FULGHUM, | ) | |
| Defendant. | ) | |

ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Gregory L. Hatton, Tennessee Department of Correction prisoner number 80587, an inmate at the Whiteville Correctional Facility in Whiteville, Tennessee, filed a *pro se* document on September 19, 2005, entitled "Motion for Preliminary Injunction." In an order entered on December 2, 2005, the court ordered Plaintiff to submit an *in forma pauperis* affidavit and a certified copy of his trust fund account statement or the full $250 civil filing fee within thirty days. Plaintiff was advised that, if he needed additional time to file the required documents, he could, within thirty days after the entry of the order, request an extension of time, not to exceed an additional thirty days. See McGore v. Wrigglesworth, 114 F.3d 601, 605 (6th Cir. 1997).

Plaintiff has timely submitted his *in forma pauperis* affidavit but seeks an additional thirty days in which to file a certified copy of his trust fund account statement. Plaintiff

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/30/06

6

states that he has had difficulty getting his trust fund account statement from the trust fund account custodian.

For good cause shown, Plaintiff's motion is GRANTED. Plaintiff will have thirty (30) days from the entry of this order in which to submit a certified copy of his trust fund account statement.

IT IS SO ORDERED.

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_28 December 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01266 was distributed by fax, mail, or direct printing on December 30, 2005 to the parties listed.

Gregory L. Hatton
WCFA
80587
P.O. Box 679
Whiteville, TN 38075

Honorable James Todd
US DISTRICT COURT